UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ABDIEL PALOMO | § § | |
| v. | § § | CIVIL NO. 4:21-CV-904-SDJ |
| TRANS UNION, LLC, ET AL. | § § | |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff Abdiel Palomo's claims are hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The clerk is directed to close this civil action.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE